
Copies served
4/18/07
9pm

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

TIMOTHY RICHARD GAEBEL

JUDGMENT IN A CRIMINAL CASE

Case Number:  7:06-CR-517  (GHL)

<u>Robert Bogdan, Esq.(CJA)</u>
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

<u>XX</u> guilty [ __ nolo contendere] to the additional count as stated on the record.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Operating a motor vehicle while ability to do so was impaired by alcohol , in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 1192.1 of the NY Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:  November 3, 2006**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $400.00 and a $5.00 special assessment.  The total fine and assessment amount to $405.00, payable on or before JULY 15, 2007.  Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that **Count(s)** <u>1 and 2</u> of the Information are dismissed on motion of the United States.

<u>       April 11, 2007         </u>
Date of Imposition of Sentence

<u>  April 16, 2007          </u>
DATE SIGNED

<u>  /s/ George H. Lowe          </u>
GEORGE H. LOWE
U.S. Magistrate Judge